UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: | CASE NO: 04-36871
BRUCE S HOBSON | (Chapter 13)

Debtor | JUDGE GUY R. HUMPHREY

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4004926**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 6/ 10 | VALUED SERVICES LLC<br>DBA FIRST AMERICAN CASH ADVANC<br>750 BROAD ST<br>CLEVELAND, TN  37311 | 575.00 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/15/2010

Certificate of Service    04-36871

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

BRUCE S HOBSON
3876 DORSET DR
DAYTON, OH  45405

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH  45432

(18.1n)
CYNTHIA A JEFFREY
BOX 968
TWINSBURG, OH  44087

(25.1n)
EVERHOME MORTGAGE COMPANY
BOX 2167
JACKSONVILLE, FL  32232

(20.1n)
FORD MOTOR CREDIT CO
BOX 537901
LIVONIA, MI  48153

(23.1n)
TRIAD FINANCIAL CORP
7711 CENTER AVE
STE 100
HUNTINGTON BEACH, CA  92647

(10.1)
VALUED SERVICES LLC
DBA FIRST AMERICAN CASH ADVANC
750 BROAD ST
CLEVELAND, TN  37311

Jeffrey M. Kellner BY    /s/ Jeffrey M. Kellner    bl